| **United States Bankruptcy Court**<br>**Northern District of Illinois** | | **Voluntary Petition** |
|---|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**BUFORD, ROMENION JR.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**BUFORD, MARY** | |
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names):<br>**NONE** | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names):<br>**NONE** | |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax I.D. No. **(if more than one, state all): XXX-XX-5159** | Last four digits of Soc.Sec.No./Complete EIN or other Tax I.D. No. **(if more than one, state all): XXX-XX-5315** | |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>9328 S. LUELLA<br>CHICAGO, IL. 60617 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>SAME AS DEBTOR | |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** | |
| Mailing Address of Debtor (if different from street address):<br>**Same as above** | Mailing Address of Joint Debtor (if different from street address):<br>**Same as above** | |

Location of Principal Assets of Business Debtor (if different from street address above):

## Information Regarding the Debtor (Check the Applicable Boxes)

Venue (Check any applicable box)
[ ] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply)<br>[**X**] Individual(s)　　　　　　[ ] Railroad<br>[ ] Corporation　　　　　　　[ ] Stockbroker<br>[ ] Partnership　　　　　　　[ ] Commodity Broker<br>[ ] Other　　　　　　　　　[ ] Clearing Bank | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box)<br>[ ] Chapter 7　　　　[ ] Chapter 11　　　　[X] Chapter 13<br>[ ] Chapter 9　　　　[ ] Chapter 12<br>[ ] Sec. 304 - Case ancillary to foreign proceeding |
|---|---|
| Nature of Debts (Check one box)<br>[**X**] Consumer/Non-Business　　　[ ] Business | Filing Fee (Check one box)<br>[**X**] Full Filing Fee attached |
| Chapter 11 Small Business (Check all boxes that apply)<br>[ ] Debtor is a small business as defined in 11 U.S.C. § 101<br>[ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1 121 (e) (Optional) | [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

| Statistical/Administrative Information (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| [X] Debtor estimates that funds will be available for distribution to unsecured creditors.<br>[ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |
| Estimated Number of Creditors　　[X] 1-15　[ ] 16-49　[ ] 50-99　[ ] 100-199　[ ] 200-999　[ ] 1,000-over | |
| Estimated Assets<br>[ ] $0 to $50,000　[ ] $50,001 to $100,000　[X] 100,001 to $500,000　[ ] $500,001 to $1,000,000 | |
| Estimated Debts<br>[ ] $0 to $50,000　[ ] $50,001 to $100,000　[X] 100,001 to $500,000　[ ] $500,001 to $1,000,000 | |

| **Voluntary Petition** | **Name of Debtor(s):** |
|---|---|
| **(This page must be completed and filed in every case)** | |

| **PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS** (if more than one, attach additional sheet) |||
|---|---|---|
| **Location Where Filed:** North District of Illinois | **Case Number:** 03-37483  06-05382 | **Date Filed:** 9/12/03  5/11/06 |

| **PENDING BANKRUPTCY CASE FILED BY SPOUSE, PARTNER, OR AFFILLIATE OF DEBTOR** (if more than one, attach additional sheet) |||
|---|---|---|
| **Name of Debtor:** | **Case Number:** | **Date:** |
| **District:** | **Relationship:** | **Judge:** |

# Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Exhibit A** |
|---|---|
| I declare (or certify, verify, or state) under penalty of perjury that the foregoing in true and correct.  [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under Chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under Chapter 7.  I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.  X _____  **Signature of Debtor**                                        **Date**  X _____  **Signature of Joint Debtor**                              **Date**  _____  **Telephone Number (if not represented by attorney)** | (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)  [ ] Exhibit A is attached and made a part of this petition.  **Exhibit B**  (To be completed if debtor is an individual whose debts are primarily consumer debts)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  X _____  **Signature of Attorney for Debtor(s)**                  **Date** |
| **Signature of Attorney**  X  /s/ Daniel Moulton                                              .  **Signature of Attorney for Debtor(s)**          **Date**  **Daniel M. Moulton    Atty Reg#  6200617**         .  **Printed Name of Attorney for Debtor(s)**  **Law Offices of Daniel Moulton**  **Firm Name**  **10249 South Western Avenue, Chicago, IL 60643**   .  **Address**  **(773) 429-1001**                                                  .  **Telephone Number** | **Exhibit C**  Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?  [ ] Yes, and Exhibit C is attached and made part of this petition.  [ ] No |
| **Signature of Debtor(Corporation/Partnership)**  I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.  X _____  **Signature of Authorized Individual**                  **Date**  _____  **Printed Name of Authorized Individual**  _____  **Title of Authorized Individual** | **Signature of Non-Attorney Petition Preparer**  I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.  _____  **Printed Name of Bankruptcy Petition Preparer**  _____  **Social Security Number**  _____  **Address**  Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:  If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.  X _____  **Signature of Bankruptcy Petition Preparer**          **Date**  A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156. |

UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

In re:  ROMENION BUFORD JR AND MARY BUFORD         Case No. _____
                                                                                   (if known)


# EXHIBIT D- INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIRMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

   [X] 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

   [] 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

   [] 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]*
_____
_____

   **If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**


   [] 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
       [] Incapacity. (Defined in 11 U.S.C. 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
       [] Disability. (Defined in 11 U.S.C. 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
       [] Active military duty in a military combat zone.

[] 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**


Signature of Debtor: _____

Date: _____

**In re ROMENION BUFORD JR AND MARY BUFORD, Debtor(s)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

[ ] Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Ocwen Loan Servicing<br>12650 Ingenuity<br>Orlando FL. | | | Home mortgage<br>7032 S. Harper<br>Chicago, Il.<br><br>**VALUE $140,000.00** | | | | $115,000.00 | |
| ACCOUNT NO. 000400001611<br>Triad Financial Corp<br>One Pacifica Plaza<br>7711 Center Avenue<br>Huntington Beach, CA 96247 | | | Auto loan<br>2000 Ford Winstar<br><br>**VALUE $** | | | | $15,000.00 | |
| ACCOUNT NO. | | | **VALUE $** | | | | | |
| ACCOUNT NO. | | | **VALUE $** | | | | | |
| | | | | | | Subtotal<br>(Total of this page) | $130,000.00 | |
| | | | | | | Total<br>(Use only on last page) | $130,000.00 | |

___ continuation sheets attached

**(Report total also on Summary of Schedules)**