```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 14250
   ROMENION BUFORD JR
   MARY BUFORD                                CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-5159     SSN XXX-XX-5315

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/02/2006 and was confirmed 12/20/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/22/2007.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                               PAID         PAID
--------------------------------------------------------------------------------
TRIAD FINANCIAL CORP      SECURED VEHIC    17856.00          838.42        1329.31
TRIAD FINANCIAL CORP      UNSECURED            .01             .00             .00
OCWEN LOAN SERVICING LLC  CURRENT MORTG       .00             .00             .00
LINEBARGER GOGGAN BLAIR   PRIORITY       NOT FILED            .00             .00
COOK COUNTY TREASURER     PRIORITY       NOT FILED            .00             .00
NEW AGE CHICAGO FURNITUR  UNSECURED      NOT FILED            .00             .00
SOUTHWEST CREDIT          UNSECURED      NOT FILED            .00             .00
COMCAST                   UNSECURED      NOT FILED            .00             .00
AFNI/VERIZON WIRELESS     UNSECURED         2375.25           .00             .00
FIRST PREMIER             UNSECURED      NOT FILED            .00             .00
MIDWEST ANESTHETIC        UNSECURED      NOT FILED            .00             .00
JACKSON PARK HOSPITAL     UNSECURED      NOT FILED            .00             .00
T MOBILE                  UNSECURED      NOT FILED            .00             .00
DIRECT TV                 UNSECURED      NOT FILED            .00             .00
BETTY ROBINSON            UNSECURED      NOT FILED            .00             .00
MILLER LEIBSKER & MOORE   UNSECURED      NOT FILED            .00             .00
METROPOLITAN              UNSECURED      NOT FILED            .00             .00
CITI                      UNSECURED      NOT FILED            .00             .00
HOUSEHOLD                 UNSECURED      NOT FILED            .00             .00
AMERICAN LOANS            UNSECURED          279.72           .00             .00
PAYDAY LOANS              UNSECURED      NOT FILED            .00             .00
NATIONAL QUICK CASH       UNSECURED      NOT FILED            .00             .00
CAPITAL ONE               UNSECURED      NOT FILED            .00             .00
TRINITY HOSPITAL          UNSECURED      NOT FILED            .00             .00
PULMONARY CONSULTANTS SC  UNSECURED      NOT FILED            .00             .00
ILLIANA SURGERY & MEDICA  UNSECURED      NOT FILED            .00             .00
KOMYATTE & FREELAND       UNSECURED      NOT FILED            .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED         1561.11           .00             .00
UNIVERSAL FIDELITY CORP   UNSECURED      NOT FILED            .00             .00
MEDICAL IMAGIN SERVICE    UNSECURED      NOT FILED            .00             .00
B-LINE LLC                UNSECURED          412.59           .00             .00
PATRICIA RUDDOCK          UNSECURED      NOT FILED            .00             .00
```

```
CITY OF CHICAGO WATER DE UNSECURED      NOT FILED              .00            .00
TRINITY HOSPITAL         UNSECURED      NOT FILED              .00            .00
WINDY CITY EMERG PHY     UNSECURED      NOT FILED              .00            .00
OCWEN LOAN SERVICING LLC SECURED NOT I        .00              .00            .00
B-LINE LLC               UNSECURED            .00              .00            .00
PORTFOLIO RECOVERY ASSOC UNSECURED        1826.86              .00            .00
OCWEN LOAN SERVICES      NOTICE ONLY   NOT FILED               .00            .00
ILLINOIS DEPT OF REVENUE UNSECURED            .00              .00            .00
GE MONEY BANK            UNSECURED            .00              .00            .00
GE MONEY BANK/QVC        UNSECURED            .00              .00            .00
GE MONEY BANK/QVC        UNSECURED            .00              .00            .00
DANIEL M MOULTON         DEBTOR ATTY      1,500.00                            .00
TOM VAUGHN               TRUSTEE                                           137.27
DEBTOR REFUND            REFUND                                                .00

        Summary of Receipts and Disbursements:
----------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
----------------------------------------------------------------------------
TRUSTEE                  2,305.00

PRIORITY                                              .00
SECURED                                          1,329.31
   INTEREST                                        838.42
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                               137.27
DEBTOR REFUND                                         .00
                       ---------------      ---------------
TOTALS                   2,305.00                2,305.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 12/05/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 06 B 14250 ROMENION BUFORD JR & MARY BUFORD